# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 24, 2020

SEAN F. McAVOY, CLERK

U.S.A. vs.     Brown, James Thomas          Docket No.      2:20CR00024-SAB-3

## Petition for Action on Conditions of Pretrial Release

COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant James Thomas Brown, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 12th day of March 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #18:** Refrain from any use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:**  James Thomas Brown is alleged  to have provided a urine specimen that  tested positive for the  presence of amphetamine, methamphetamine and marijuana, on March 16, 2020.

On March 16, 2020, the conditions of pretrial release supervision were reviewed with Mr. Brown.  Mr. Brown acknowledged an understanding of the conditions, which included standard condition number 9.

On March 16, 2020, Mr. Brown reported to the U.S. Probation Office and provided a urine specimen  that tested presumptive positive for the presence of amphetamine, methamphetamine, and marijuana.  The sample was sent to Alere Toxicology (Alere) for further confirmation.

Mr. Brown admitted he ingested methamphetamine on March 14, 2020, upon his release from custody.  He further admitted being a daily user of marijuana prior to his arrest in the instant federal matter.  Mr. Brown stated the presumptive positive result for marijuana was residual from his use of the substance prior to his arrest in this matter.  His last reported use of marijuana was on March 10, 2020.  Subsequently, Mr. Brown signed a substance abuse admission form acknowledging his use of methamphetamine and marijuana.

On March 20, 2020, Alere confirmed Mr. Brown's urine specimen tested positive for the presence of amphetamine, methamphetamine and marijuana.

**Violation #2:** James Thomas Brown is alleged to have consumed alcohol on March 13 and 15, 2020.

On March 16, 2020, the conditions of pretrial release supervision were reviewed with Mr. Brown.  Mr. Brown acknowledged an understanding of the conditions, which included special condition number 18.

On March 16, 2020, Mr. Brown reported to the U.S. Probation Office for an intake.  During that meeting, Mr. Brown admitted to the undersigned officer  that  he consumed alcohol on March 13, 2020, and again on March 15, 2020.  Subsequently, Mr. Brown signed a substance abuse admission form acknowledging his consumption of alcohol on the aforementioned dates.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury
that the foregoing is true and correct.

Executed on:    March 23, 2020

by    s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

## THE COURT ORDERS

[x ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Signature of Judicial Officer

March 24, 2020

Date