UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 01, 2020

SEAN F. McAVOY, CLERK

U.S.A. vs.        Brown, James Thomas        Docket No.        2:20CR00024-SAB-3

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant James Thomas Brown, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 12th day of March 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** James Thomas Brown has admitted to ingesting methamphetamine on April 24, and 28, 2020.

On March 16, 2020, the conditions of pretrial release supervision were reviewed with Mr. Brown. Mr. Brown acknowledged an understanding of the conditions, which included standard condition number 9.

On April 29, 2020, Mr. Brown reported to Pioneer Human Services, and provided a urine specimen that tested presumptive positive for the presence of amphetamine and methamphetamine. Subsequently, Mr. Brown signed a substance abuse admission form acknowledging he had ingested methamphetamine, but did not specify the dates.

On April 30, 2020, the undersigned officer confronted Mr. Brown about his use of methamphetamine. Mr. Brown admitted he smoked methamphetamine on April 24, and 28, 2020.

**Violation #2:** James Thomas Brown is alleged to have failed to appear for random drug testing on April 20, 2020.

On March 16, 2020, the conditions of pretrial release supervision were reviewed with Mr. Brown. Mr. Brown acknowledged an understanding of the conditions, which included additional condition number 27.

Also, on March 16, 2020, Mr. Brown was referred to the phase urinalysis testing program at Pioneer Human Services (PHS). Mr. Brown was instructed to contact PHS on a daily basis to verify if he needed to submit to random drug testing.

On April 17, 2020, Mr. Brown failed to appear at PHS for random drug testing.

Re: Brown, James Thomas
May 1, 2020
Page 2

On April 20, 2020, the undersigned officer confronted Mr. Brown about his failure to submit to random drug testing. Mr. Brown stated he was being tested for COVID-19 at his doctor's office on that date. The undersigned officer asked for documentation showing he was receiving medical treatment. Mr. Brown did not provide any documentation showing he received medical care on April 17, 2020.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   May 1, 2020

by   s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

May 1, 2020
Date