# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 07, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Brown, James Thomas | Docket No. | 2:20CR00024-SAB-3 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant James Thomas Brown, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 12th day of March 2020, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #3:** James Thomas Brown is alleged to have been arrested for third degree driving while license suspended, and cited for operating vehicle without insurance on May 3, 2020.

The following information was obtained through Spokane Police Department report number 2020073181.

On May 3, 2020, an officer with the Spokane Police Department (SPD) was blocking a collision scene with his marked patrol car and the emergency lights were activated. Mr. Brown reportedly drove past the collision scene and sped faster than the flow of traffic with a loud exhaust. He was allegedly driving in the center turn lane of the road. The officer believed Mr. Brown was attempting to get police attention. Furthermore, the officer believed Mr. Brown was endangering the citizens involved in the collision, who were standing near a sidewalk, and the police officers attempting to clear the scene of blocked cars.

The officer attempted to conduct a traffic stop. Mr. Brown allegedly made several quick turns through a residential neighborhood, but eventually stopped. When asked by the officer, Mr. Brown advised he did not have a driver's license and advised his driving status was suspended, which was confirmed by the Washington State Department of Licensing. Mr. Brown also advised he did not have a registration, or valid insurance for his vehicle. The officer also observed several other equipment violations.

Mr. Brown was arrested for third degree driving while license suspended. He reported to the officer that he did not mean to speed up when he drove past the collision. Mr. Brown stated his dog was on his lap and stepped on his leg.

Mr. Brown's three children and their mother were also in the vehicle at the time of the traffic stop. The mother confirmed she had a valid driver's license. She told the officer she did not believe it was reasonable for Mr. Brown to speed up when he drove past the collision scene.

Subsequently, Mr. Brown was released and given citations for third degree driving while license suspended and operating a motor vehicle without insurance.

Available court records indicate Mr. Brown has been cited in Spokane Municipal Court case number XZ0357772 with operating motor vehicle without insurance.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:  May 7, 2020

by  s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

May 7, 2020
Date