UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 21, 2020

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Brown, James Thomas | Docket No. | 2:20CR00024-SAB-3 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant James Thomas Brown, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 12th day of March 2020, under the following conditions:

**Additional Condition #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #4:** James Thomas Brown is alleged to have failed to report for random drug testing on May 12, 2020.

On March 16, 2020, the conditions of pretrial release supervision were reviewed with Mr. Brown. Mr. Brown acknowledged an understanding of the conditions, which included additional condition number 27.

Also, on March 16, 2020, Mr. Brown was referred to the phase urinalysis testing program at Pioneer Human Services (PHS). Mr. Brown was instructed to contact PHS on a daily basis to verify if he needed to submit to random drug testing.

On May 12, 2020, Mr. Brown failed to appear at PHS for random drug testing.

On May 13, 2020, the undersigned officer confronted Mr. Brown about his failure to appear for random drug testing on May 12, 2020. Mr. Brown stated he forgot to call PHS on May 12, 2020, to verify if he needed to submit to random drug testing.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

|   |   |   |
|---|---|---|
|   | I declare under the penalty of perjury that the foregoing is true and correct. | |
|   | Executed on: | May 21, 2020 |
| by | s/Erik Carlson | |
|   | Erik Carlson U.S. Pretrial Services Officer | |

Re: Brown, James Thomas
May 21, 2020
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

_May 21, 2020_____
Date