# UNITED STATES DISTRICT COURT
### for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 04, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Brown, James Thomas | Docket No. | 2:20CR00024-SAB-3 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant James Thomas Brown, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 12th day of March 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** James Thomas Brown is alleged to have tested positive for the presence of amphetamine and methamphetamine on May 26, 2020.

On March 16, 2020, the conditions of pretrial release supervision were reviewed with Mr. Brown. Mr. Brown acknowledged an understanding of the conditions, which included standard condition number 9.

On May 26, 2020, Mr. Brown reported to Pioneer Human Services (PHS) and provided a urine specimen that tested presumptive positive for the presence of amphetamine and methamphetamine. Subsequently, Mr. Brown signed a substance abuse admission form acknowledging he used amphetamine and methamphetamine, but did not specify a date he used the substances on the admission form. The urine sample was sent to Alere Toxicology (Alere) for further analysis.

On May 27, 2020, the undersigned officer confronted Mr. Brown about his use of methamphetamine. Mr. Brown admitted he ingested methamphetamine on May 24, 2020.

On June 2, 2020, Alere confirmed the urine specimen collected on May 26, 2020, tested positive for the presence of amphetamine and methamphetamine.

**Violation #2:** James Thomas Brown is alleged to have admitted to ingesting methamphetamine on or about May 26, 2020.

On March 16, 2020, the conditions of pretrial release supervision were reviewed with Mr. Brown. Mr. Brown acknowledged an understanding of the conditions, which included standard condition number 9.

On June 3, 2020, the undersigned officer spoke with Mr. Brown through a video chat application. During that meeting, Mr. Brown admitted he ingested methamphetamine on May 26, 2020. Mr. Brown acknowledged that he ingested methamphetamine on May 26, 2020, after submitting to drug testing at Pioneer Human Services on that date.

Re: Brown, James Thomas
June 4, 2020
Page 2

**Violation #3:** James Thomas Brown is alleged to have failed to report for random drug testing at Pioneer Human Services on June 2, 2020.

On March 16, 2020, the conditions of pretrial release supervision were reviewed with Mr. Brown. Mr. Brown acknowledged an understanding of the conditions, which included additional condition number 27.

Also, on March 16, 2020, Mr. Brown was referred to the phase urinalysis testing program at PHS. Mr. Brown was instructed to contact PHS on a daily basis to verify if he needed to submit to random drug testing.

On June 2, 2020, Mr. Brown failed to appear at PHS for random drug testing.

On June 3, 2020, the undersigned officer contacted Mr. Brown and confronted him on his failure to report for random drug testing on June 2, 2020. Mr. Brown stated he worked late and was unable to make it to drug testing on that date. He further advised his supervisor was going to call the undersigned officer to confirm he was at work until approximately 5:30 p.m. As of the time and date of this petition, Mr. Brown's employer has not contacted the undersigned officer about Mr. Brown working late.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|   | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|   | Executed on: June 4, 2020 |
| by | s/Erik Carlson |
|   | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
     petition with the other violations pending before the
     Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

June 4, 2020
Date