# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 18, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Brown, James Thomas | Docket No. | 2:20CR00024-SAB-3 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant James Thomas Brown, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 12th day of March 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #3:** James Thomas Brown is alleged to have admitted to ingesting methamphetamine on June 8, 2020. He further admitted he had been ingesting methamphetamine ever other day for approximately 1 week prior to June 8, 2020.

On March 16, 2020, the conditions of pretrial release supervision were reviewed with Mr. Brown. Mr. Brown acknowledged an understanding of the conditions, which included standard condition number 9.

On June 17, 2020, Mr. Brown reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of amphetamine and methamphetamine. Subsequently, Mr. Brown signed a substance abuse admission form acknowledging his use of those substances, but did not specify dates of his last use of methamphetamine.

Mr. Brown contacted the undersigned officer on June 17, 2020, and admitted he last used methamphetamine on June 8, 2020. He further admitted to using methamphetamine every other day for approximately 1 week prior to June 8, 2020. Additionally, Mr. Brown acknowledged that he regularly used methamphetamine while under pretrial release supervision.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

|   |   |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: June 18, 2020 |
| by | s/Erik Carlson |
| | Erik B. Carlson<br>U.S. Pretrial Services Officer |

**Re: Brown, James Thomas**
**June 18, 2020**
**Page 2**

THE COURT ORDERS

[ ]　No Action
[ ]　The Issuance of a Warrant
[ ]　The Issuance of a Summons
[X]　The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]　Defendant to appear before the Judge assigned to the case.
[X]　Defendant to appear before the Magistrate Judge.
[ ]　Other

_____
Signature of Judicial Officer

_June 18, 2020_
Date