UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 02, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Brown, James Thomas | Docket No. | 2:20CR00024-SAB-3 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant James Thomas Brown, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 12th day of March 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** James Thomas Brown admitted to ingesting methamphetamine on June 21, 2020.

On March 16, 2020, the conditions of pretrial release supervision were reviewed with Mr. Brown. Mr. Brown acknowledged an understanding of the conditions, which included standard condition number 9.

On June 23, 2020, Mr. Brown reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of amphetamine and methamphetamine. Mr. Brown signed a substance abuse denial form stating he had not ingested any controlled substances.

On June 29, 2020, the undersigned officer confronted Mr. Brown about his presumptive positive drug test from June 23, 2020. Mr. Brown admitted to the undersigned officer that he ingested methamphetamine on June 21, 2020.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: July 1, 2020 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

**Re: Brown, James Thomas**
**July 1, 2020**
**Page 2**

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

July 2, 2020
Date