UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 21, 2020

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Brown, James Thomas | Docket No. | 2:20CR00024-SAB-3 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant James Thomas Brown, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 12th day of March 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** James Thomas Brown is alleged to have tested positive for the presence of marijuana on August 11, 2020.

On March 16, 2020, the conditions of pretrial release supervision were reviewed with Mr. Brown. Mr. Brown acknowledged an understanding of the conditions, which included standard condition number 9.

On August 11, 2020, James Thomas Brown reported to Pioneer Human Services and allegedly provided a urine specimen that tested presumptively positive for the presence of marijuana. Mr. Brown signed an admission form acknowledging he ingested marijuana on or about August 8, 2020. Subsequently, the urine specimen was sent to Alere Toxicology (Alere) for further analysis.

On August 12, 2020, the undersigned officer contacted Mr. Brown and confronted him on his alleged use of marijuana. Mr. Brown denied he knowingly ingested marijuana. He stated he took a sip of his significant other's energy drink, not knowing the beverage contained hemp and tetrahydrocannabinol (THC), the active ingredient of marijuana. He stated his significant other advised him the beverage contained THC after taking a drink.

On August 19, 2020, Alere confirmed the above-noted urine specimen collected on August 11, 2020, tested positive for the presence of marijuana.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:   August 21, 2020 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8
Re: Brown, James Thomas
August 21, 2020
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

_____August 21, 2020_____
Date