PS 8
(3/15)

# UNITED STATES DISTRICT COURT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 30, 2020**

SEAN F. McAVOY, CLERK

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Brown, James Thomas | Docket No. | 2:20CR00024-SAB-3 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant James Thomas Brown, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 12th day of March 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** James Thomas Brown is alleged to have violated his pretrial supervision by testing positive for the presence of marijuana on September 11, 2020.

On March 16, 2020, the conditions of pretrial release supervision were reviewed with Mr. Brown.  Mr. Brown acknowledged an understanding of the conditions, which included standard condition number 9.

On September 11, 2020, James Thomas Brown reported to Pioneer Human Services and allegedly provided a urine specimen that tested presumptively positive for the presence of marijuana. Mr. Brown denied ingesting marijuana and signed a substance abuse denial form.  Subsequently, the sample was sent to Alere Toxicology (Alere) for further analysis.

Later on September 11, 2020, Mr. Brown contacted the undersigned officer to discuss the above-noted presumptive positive drug test for marijuana.  Mr. Brown adamantly denied ingesting marijuana, but stated the mother of his children smokes marijuana in his presence.

On September 22, 2020, Alere confirmed Mr. Brown's urine specimen collected on September 11, 2020, tested positive for the presence of marijuana.

**Violation #2:** James Thomas Brown is alleged to have violated his pretrial supervision by testing positive for the presence of marijuana on September 22, 2020.

On March 16, 2020, the conditions of pretrial release supervision were reviewed with Mr. Brown.  Mr. Brown acknowledged an understanding of the conditions, which included standard condition number 9.

On September 22, 2020, James Thomas Brown reported to Pioneer Human Services and allegedly provided a urine specimen that tested presumptively positive for the presence of marijuana. Mr. Brown denied ingesting marijuana and signed a substance abuse denial form.  Subsequently, the sample was sent to Alere Toxicology (Alere) for further analysis.

On September 23, 2020, the undersigned officer contacted Mr. Brown and confronted him about the above-noted presumptive positive drug test result for marijuana.  Mr. Brown denied ingesting marijuana, but stated the mother of his children regularly smokes marijuana in his presence.

PS-8
**Re: Brown, James Thomas**
**September 30, 2020**
**Page 2**

On September 28, 2020, Alere confirmed Mr. Brown's urine specimen tested positive for the presence of marijuana.

**Violation #3:** James Thomas Brown is alleged to have violated his pretrial supervision by testing positive for the presence of amphetamine and methamphetamine on September 22, 2020.

On March 16, 2020, the conditions of pretrial release supervision were reviewed with Mr. Brown. Mr. Brown acknowledged an understanding of the conditions, which included standard condition number 9.

On September 22, 2020, James Thomas Brown reported to Pioneer Human Services and allegedly provided a urine specimen that tested presumptively positive for the presence of amphetamine and methamphetamine. Mr. Brown denied using amphetamine or methamphetamine and signed a substance abuse denial form. Subsequently, the sample was sent to Alere Toxicology (Alere) for further analysis.

On September 23, 2020, the undersigned officer contacted Mr. Brown and confronted him about the above-noted presumptive drug test result for amphetamine and methamphetamine. Mr. Brown denied using those substances at that time.

On September 29, 2020, Alere confirmed Mr. Brown's urine specimen tested positive for the presence of amphetamine and methamphetamine.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:    September 30, 2020 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

September 30, 2020
Date