PROB 12C
(6/16)

Report Date: January 29, 2021

# United States District Court

#### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 29, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Thomas Brown                    Case Number: 0980 2:20CR00024-SAB-3

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 20, 2020

| | | |
|---|---|---|
| Original Offense: | Passing of Counterfeit Currency, 18 U.S.C. § 472 | |
| Original Sentence: | Probation - 60 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: October 20, 2020 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: October 19, 2025 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition #5**:  You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On December 23, 2020, James Brown allegedly violated special condition number 5 by consuming methamphetamine.

On October 23, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Brown, as outlined in the judgment and sentence.  He signed a copy acknowledging the requirements.

On January 11, 2021, the undersigned officer received notification from Alcohol Drug Education Prevention & Treatment (ADEPT) that the offender reported for random urinalysis testing on December 23, 2020, and provided a sample that was confirmed by a laboratory to be positive for amphetamine and methamphetamine.

The offender failed to notify this officer he had tested positive for controlled substances with ADEPT.

Prob12C
Re: Brown, James Thomas
January 29, 2021
Page 2

| | | |
|---|---|---|
| 2 | | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On December 28, 2020, James Brown allegedly violated special condition number 5 by failing to submit to random urinalysis testing at ADEPT as required.

On October 23, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Brown, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

On January 11, 2021, this officer received notification from ADEPT that the offender failed to report for random urinalysis testing on December 28, 2020, as required. As a result, Mr. Brown was considered to be noncompliant for the month of December 2020.

3    **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On December 31, 2020, James Brown allegedly violated special condition number 4 by failing to participate in substance abuse treatment with ADEPT as required.

On October 23, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Brown, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

On January 11, 2021, this officer received notification from ADEPT that the offender failed to report for his substance abuse group treatment session on December 31, 2020, as required. As a result, Mr. Brown was considered to be noncompliant for the month of December 2020.

4    **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On January 4 and 7, 2021, James Brown allegedly violated special condition number 5 by failing to submit to random urinalysis testing at ADEPT as required.

On October 23, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Brown, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

On January 11, 2021, this officer received notification from ADEPT that the offender failed to report for random urinalysis testing on January 4 and 7, 2021, as required. As a result, Mr. Brown was considered to be noncompliant for the month of January 2021.

5      **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

     **Supporting Evidence**: On January 7 and 12, 2021, James Brown allegedly violated special condition number 4 by failing to participate in substance abuse treatment with ADEPT as required.

     On October 23, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Brown, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

     On January 11, 2021, this officer received notification from ADEPT that the offender failed to report for his substance abuse group treatment sessions on January 7 and 12, 2021, as required. As a result, Mr. Brown was considered to be noncompliant for the month of January 2021.

6      **Standard Condition #9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

     **Supporting Evidence**: On January 7, 2021, James Brown allegedly violated standard condition number 9 by failing to report law enforcement contact.

     On October 23, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Brown, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

     On January 11, 2021, the undersigned officer received notification that Mr. Brown was the subject of a traffic stop on January 7, 2021. According to the information received, the offender was stopped because of an issue with his tail light; Mr. Brown subsequently received a verbal warning. The offender failed to notify this officer he had been questioned by a law enforcement officer.

7      **Standard Condition #7**: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

     **Supporting Evidence**: On December 13, 2020, James Brown allegedly violated standard condition number 7 by failing to notify the assigned probation officer that he had been terminated from his employment.

On October 23, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Brown, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

On January 13, 2021, this officer contacted Napa Auto Parts in an effort to verify the offender's employment. According to the human resources manager, Mr. Brown's employment with Napa Auto Parts was terminated on December 13, 2020, due to attendance issues. The offender failed to notify this officer of a change in his employment status.

| | |
|---|---|
| 8 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On January 13, 2021, James Brown allegedly violated special condition number 5 by consuming methamphetamine.

On October 23, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Brown, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

On January 13, 2021, the undersigned officer received notification from Pioneer Human Services (PHS) that the offender reported for phase urinalysis testing on that date and provided a urine sample that tested presumptive positive for amphetamine and methamphetamine.

Although Mr. Brown denied the use of any illicit substance, on January 21, 2021, this officer received lab confirmation that the urine sample provided by the offender was in fact positive for amphetamine and methamphetamine.

| | |
|---|---|
| 9 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On January 25, 2021, James Brown allegedly violated special condition number 5 by consuming methamphetamine.

On October 23, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Brown, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

On January 26, 2021, this officer received notification from PHS that the offender reported for phase urinalysis testing on January 25, 2021, and provided a sample that tested presumptive positive for amphetamine and methamphetamine.

Although Mr. Brown denied the use of any illicit substances to PHS, on January 26, 2021, the offender eventually admitted to this officer that he had consumed methamphetamine on or about January 24, 2021.

Prob12C
**Re: Brown, James Thomas**
**January 29, 2021**
**Page 5**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/29/2021

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

1/29/2021

Date