PROB 12C
(6/16)

Report Date: February 9, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 09, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: James Thomas Brown | Case Number: 0980 2:20CR00024-SAB-3 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 20, 2020

| | | |
|---|---|---|
| Original Offense: | Passing of Counterfeit Currency, 18 U.S.C. § 472 | |
| Original Sentence: | Probation - 60 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: October 20, 2020 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: October 19, 2025 |

## PETITIONING THE COURT

**To issue a warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/29/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On January 29, 2021, James Brown allegedly violated special condition number 5 by failing to report for phase urinalysis testing at Pioneer Human Services (PHS) when his assigned color was identified for testing.<br><br>On October 23, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Brown, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.<br><br>On February 1, 2021, the undersigned officer received notification from PHS that the offender failed to report for phase urinalysis testing on January 29, 2021, when his assigned color was identified for testing. |

Prob12C
Re: Brown, James Thomas
February 9, 2021
Page 2

| | | |
|---|---|---|
| 11 | | **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: On January 29, 2021, James Brown allegedly violated special condition number 4 by failing to report for his one-on-one session with his treatment provider at Alcohol Drug Education Prevention and Treatment (ADEPT), as scheduled.

On October 23, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Brown, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

On February 9, 2021, this officer spoke with the offender's assigned treatment provider at ADEPT. She informed the undersigned that Mr. Brown was scheduled to meet with her for his one-on-one session on January 29, 2021, but he failed to report.

According to the provider, later in the day on January 29, 2021, the offender contacted ADEPT and left a message for his assigned treatment provider with the front desk. When she attempted to call him on two different occasions, Mr. Brown did not answer, nor did he return her calls and voice messages.

12    **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On February 3, 2021, James Brown allegedly violated special condition number 5 by consuming methamphetamine.

On October 23, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Brown, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

On February 4, 2021, the undersigned officer received notification from PHS that the offender reported for phase urinalysis testing on February 3, 2021, and provided a sample that was presumptive positive for both amphetamine and methamphetamine.

Although the lab results have not yet been received, on February 9, 2021, Mr. Brown admitted to the use of methamphetamine approximately 2 to 3 days prior to his urinalysis test on February 3, 2021.

13    **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

Prob12C
**Re: Brown, James Thomas**
**February 9, 2021**
**Page 3**

        **Supporting Evidence**: On February 4, 2021, James Brown allegedly violated special condition number 4 by failing to participate in substance abuse treatment with ADEPT, as required.

        On October 23, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Brown, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

        On February 9, 2021, the undersigned officer received notification from ADEPT that the offender failed to report for his substance abuse group treatment session on February 4, 2021, as required.

14      **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: On February 4 and 8, 2021, James Brown allegedly violated special condition number 5 by failing to report for random urinalysis testing at ADEPT, as required.

        On October 23, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Brown, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

        On February 9, 2021, this officer received notification from ADEPT that the offender failed to report for random urinalysis testing on February 4 and 8, 2021, as required.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/09/2021

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

Prob12C
**Re: Brown, James Thomas**
**February 9, 2021**
**Page 4**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

2/9/2021
Date