PROB 12C
(6/16)

Report Date: February 17, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 18, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: James Thomas Brown | Case Number: 0980 2:20CR00024-SAB-3 |
| Address of Offender: , Spokane, Washington 99205 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: October 20, 2020 | |
| Original Offense: Passing of Counterfeit Currency, 18 U.S.C. § 472 | |
| Original Sentence: Probation - 60 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: Richard R. Barker | Date Supervision Commenced: October 20, 2020 |
| Defense Attorney: Federal Defender's Office | Date Supervision Expires: October 19, 2025 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 01/29/2021 and 02/09/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 15 | **Standard Condition #9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours. |
| | **Supporting Evidence**: On February 8, 2021, James Brown allegedly violated standard condition number 9 by failing to report law enforcement contact. |
| | On October 23, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Brown, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements. |
| | On February 10, 2021, the undersigned officer received notification that Mr. Brown was the subject of a traffic stop on February 8, 2021. According to the information received, Mr. Brown was given a verbal warning. The offender failed to notify this officer he had been questioned by a law enforcement officer. |
| 16 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Brown, James Thomas**
**February 17, 2021**
**Page 2**

        **Supporting Evidence**: On or about February 7, 2021, James Brown allegedly violated special condition number 5 by consuming methamphetamine.

        On October 23, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Brown, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

        On February 10, 2021, this officer received notification from Pioneer Human Services (PHS) that the offender reported for phase urinalysis testing on February 9, 2021, and provided a urine sample that was presumptive positive for amphetamine, methamphetamine, and THC.

        While at PHS, Mr. Brown signed an admission of use form admitting to the use of marijuana and methamphetamine on or about February 7, 2021.

17        **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: On February 10, 2021, James Brown allegedly violated special condition number 5 by failing to submit to phase urinalysis testing at PHS as required.

        On October 23, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Brown, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

        On February 11, 2021, this officer received a notification from PHS that the offender failed to report for phase urinalysis testing on February 10, 2021, when his assigned color was identified for testing.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/17/2021

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

Prob12C
**Re: Brown, James Thomas**
**February 17, 2021**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_Stanley A. Bastian_
Signature of Judicial Officer

2/18/2021
Date