PROB 12C
(6/16)

Report Date: April 21, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 22, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: James Thomas Brown | Case Number: 0980 2:20CR00024-SAB-3 |
| Address of Offender: | |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 20, 2020

| | | | |
|---|---|---|---|
| Original Offense: | Passing of Counterfeit Currency, 18 U.S.C. § 472 | | |
| Original Sentence: | Probation - 60 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: | Prison - 29 days<br>TSR - 51 months | | |
| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: | July 8, 2021 |
| Defense Attorney: | John Stephen Roberts, Jr | Date Supervision Expires: | October 19, 2025 |

### PETITIONING THE COURT

To issue a **warrant**.

On December 17, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Brown, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On April 5, 2022, James Brown allegedly violated special condition number 5 by failing to report for phase urinalysis testing when his assigned color was identified for testing.<br><br>On April 6, 2022, this officer received notification from Pioneer Human Services (PHS) that the offender had failed to report for phase urinalysis testing on April 5, 2022, when his assigned color was identified for testing. |

Prob12C
**Re: Brown, James Thomas**
**April 21, 2022**
**Page 2**

In response to the alleged violation, Mr. Brown was contacted on that same date. He was subsequently instructed to report to the U.S. Probation Office on April 8, 2022, to meet with the undersigned officer and discuss his continued violation behavior.

2   **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about April 6, 2022, James Brown allegedly violated special condition number 5 by consuming methamphetamine.

On April 8, 2022, the offender reported to the U.S. Probation Office to meet with this officer as instructed. At that time, Mr. Brown was subject to random urinalysis testing and provided a urine sample that was presumptive positive for methamphetamine. The offender subsequently admitted to the use of methamphetamine on or about April 6, 2022. He signed an admission of use form confirming his use.

Because the offender had admitted to using methamphetamine yet again, he was instructed to schedule an updated assessment with PHS to ensure that he was engaged in the proper level of care.

3   **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On April 14, 2022, James Brown failed to report for his updated assessment appointment with PHS as scheduled.

On April 19, 2022, the undersigned officer received notification from PHS that the offender was scheduled to meet with his treatment provider for an updated assessment on April 14, 2022, but failed to report. That appointment is now scheduled to occur on April 26, 2022.

Although the missed appointment has been rescheduled, Mr. Brown's treatment counselor expressed concerns that the offender is "shutting down" and "unwilling to do what is necessary to progress."

4   **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On April 18, 2022, James Brown allegedly violated special condition number 5 by failing to report for phase urinalysis testing when his assigned color was identified for testing.

On April 19, 2022, this officer received notification from PHS that the offender failed to report for phase urinalysis testing on April 18, 2022, when his assigned color was identified for testing.

Prob12C
**Re: Brown, James Thomas**
**April 21, 2022**
Page 3

On April 20, 2022, Mr. Brown was contacted regarding his continued failure to engage in treatment. He was subsequently instructed to report to the U.S. Probation Office by 2 p.m. on that same date, April 20, 2022, to submit to random urinalysis testing.

The offender failed to report for random urinalysis testing as instructed and attempts to contact him since then have been unsuccessful.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/21/2022

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X] The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian* (signature)

Signature of Judicial Officer

4/22/2022
Date