PROB 12C
(6/16)

Report Date: January 25, 2023

# United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 27, 2023**

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Thomas Brown                Case Number: 0980 2:20CR00024-SAB-3

Address of Offender: ▮▮▮▮▮▮▮▮▮▮, Moses Lake, Washington 98837

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 20, 2020

| | |
|---|---|
| Original Offense: | Passing of Counterfeit Currency, 18 U.S.C. § 472 |
| Original Sentence: | Probation - 60 months    Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(July 8, 2021) | Prison - 29 days<br>TSR - 51 months |
| Revocation Sentence:<br>(July 8, 2022) | Prison - 75 days<br>TSR - 33 months |
| Asst. U.S. Attorney: | Richard R. Barker    Date Supervision Commenced: July 11, 2022 |
| Defense Attorney: | Molly Marie Winston    Date Supervision Expires: April 10, 2025 |

## PETITIONING THE COURT

To issue a summons.

On July 15, 2022, a probation officer reviewed the judgment with Mr. Brown. He stated he understood the conditions of his supervision and signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis testing (which may include urinalysis or sweat patches), as directed by the supervising officer, but no more six (6) tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Brown is alleged to have violated the conditions of his supervised released by using a controlled substance, marijuana, on or about September 6, 2022.<br><br>On January 11, 2023, Mr. Brown's treatment counselor disclosed Mr. Brown tested positive for marijuana during his intake on September 6, 2023. |

Prob12C
Re: Brown, James Thomas
January 25, 2023
Page 2

| | | |
|---|---|---|
| 2 | | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis testing (which may include urinalysis or sweat patches), as directed by the supervising officer, but no more six (6) tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Brown is alleged to have violated the conditions of his supervised released by using a controlled substance, marijuana, on or about November 28, 2022.

On December 16, 2022, this officer received a lab report confirming Mr. Brown tested positive for marijuana and alcohol on or about November 28, 2022.

3   **Special Condition #6:** You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from all alcohol, and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than six (6) tests per month, in order to confirm continued abstinence from the substance.

**Supporting Evidence**: Mr. Brown is alleged to have violated the conditions of his supervised released by consuming alcohol on or about November 28, 2022.

On December 16, 2022, this officer received a lab report confirming Mr. Brown tested positive for marijuana and alcohol on or about November 28, 2022.

4   **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis testing (which may include urinalysis or sweat patches), as directed by the supervising officer, but no more six (6) tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Brown is alleged to have violated the conditions of his supervised released by using controlled substances, marijuana and methamphetamine, on or about December 6, 2022.

On December 19, 2022, Mr. Brown's treatment counselor disclosed Mr. Brown's lab report showed he tested positive for marijuana, methamphetamine, and alcohol on or about December 6, 2022.

5   **Special Condition #6:** You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from all alcohol, and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than six (6) tests per month, in order to confirm continued abstinence from the substance.

**Supporting Evidence**: Mr. Brown is alleged to have violated the conditions of his supervised released by consuming alcohol on or about December 6, 2022.

On December 19, 2022, Mr. Brown's outpatient treatment facility disclosed that Mr. Brown's lab report showed he tested positive for marijuana, methamphetamine, and alcohol on or about December 6, 2022.

Prob12C
**Re: Brown, James Thomas**
**January 25, 2023**
**Page 3**

| | |
|---|---|
| 6 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis testing (which may include urinalysis or sweat patches), as directed by the supervising officer, but no more six (6) tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Brown is alleged to have violated the conditions of his supervised released by using controlled substances, methamphetamine and marijuana, on or about December 19, 2022.

On December 27, 2022, Mr. Brown's outpatient treatment facility disclosed that Mr. Brown's lab report showed he tested positive for alcohol, marijuana and methamphetamine on December 19, 2022.

| | |
|---|---|
| 7 | **Special Condition #6:** You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from all alcohol, and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than six (6) tests per month, in order to confirm continued abstinence from the substance. |

**Supporting Evidence**: Mr. Brown is alleged to have violated the conditions of his supervised released by consuming alcohol on or about December 19, 2022.

On December 27, 2022, Mr. Brown's outpatient treatment facility disclosed that Mr. Brown's lab report showed he tested positive for alcohol, marijuana, and methamphetamine on December 19, 2022.

| | |
|---|---|
| 8 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis testing (which may include urinalysis or sweat patches), as directed by the supervising officer, but no more six (6) tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Brown is alleged to have violated the conditions of his supervised released by using a controlled substance, methamphetamine, on or about December 26, 2022.

During a home visit on December 28, 2022, Mr. Brown admitted to this officer that he had used methamphetamine 2 days prior, on or about December 26, 2022.

| | |
|---|---|
| 9 | **Special Condition #6:** You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from all alcohol, and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than six (6) tests per month, in order to confirm continued abstinence from the substance. |

**Supporting Evidence**: Mr. Brown is alleged to have violated the conditions of his supervised released by consuming alcohol on or about January 10, 2023.

On January 25, 2023, this officer received a lab report showing Mr. Brown tested positive for alcohol on or about January 10, 2023.

Prob12C
Re: Brown, James Thomas
January 25, 2023
Page 4

10      **Special Condition #4:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Support Evidence:** Mr. Brown is alleged to have violated the conditions of his supervised released by failing to engage in treatment as directed in November and December 2022, and January 2023; therefore, he is in noncompliance with his intensive outpatient treatment program.

On January 25, 2023, this officer spoke to Mr. Brown's treatment counselor who advised that due to Mr. Brown's attendance between November 2022 and January 2023, he is considered in noncompliance with the treatment program. It should be noted, one unexcused absence from treatment places individuals in noncompliance.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 25, 2023

s/Emely Cubias

Emely Cubias
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

1/27/2023
Date