PROB 12C
(6/16)

Report Date: February 7, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 07, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: James Thomas Brown | Case Number: 0980 2:20CR00024-SAB-3 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓ Moses Lake, Washington 98837 | |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 20, 2020

| | | | |
|---|---|---|---|
| Original Offense: | Passing of Counterfeit Currency, 18 U.S.C. § 472 | | |
| Original Sentence: | Probation - 60 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (July 8, 2021) | Prison - 29 days<br>TSR - 51 months | | |
| Revocation Sentence: (July 8, 2022) | Prison - 75 days<br>TSR - 33 months | | |
| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: July 11, 2022 | |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: April 10, 2025 | |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/25/2023.

On July 15, 2022, a probation officer reviewed the judgment with Mr. Brown. He stated he understood the conditions of his supervision and signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis testing (which may include urinalysis or sweat patches), as directed by the supervising officer, but no more six (6) tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Brown is alleged to have violated the conditions of his supervised released by using a controlled substance, marijuana, on or about January 24, 2023. |

Prob12C
Re: Brown, James Thomas
February 7, 2023
Page 2

        On February 6, 2023, this officer spoke to staff at Renew Treatment Services who reported Mr. Brown's urinalysis sample from January 24, 2023, confirmed as positive for marijuana.

12      **Special Condition #6:** You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from all alcohol, and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than six (6) tests per month, in order to confirm continued abstinence from the substance.

        **Supporting Evidence**: Mr. Brown is alleged to have violated the conditions of his supervised released by consuming alcohol, on or about January 24, 2023.

        On February 6, 2023, this officer spoke to staff at Renew Treatment Services who reported Mr. Brown's urinalysis from January 24, 2023, was confirmed positive for alcohol.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 7, 2023

s/Emely Cubias

Emely Cubias
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[x]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[x]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

2/7/2023
Date